IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DILLINGHAM EMBASSY CONSTRUCTORS, a Joint Venture, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 98-393C (Judge Lawrence J. Block) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

STATUS REPORT

Pursuant to the Court's October 10, 2003 order, defendant submits this status report on behalf of the parties to inform the Court of the status of the remaining issues in the case. The parties have been engaged in settlement discussions, and have reached agreement upon terms to compromise all actions and claims before the Court. On October 30, 2003, the appropriate designee of the Attorney General accepted those terms.

We will prepare and file a joint stipulation for entry of judgment in this case and stipulations of dismissal in all related cases.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director
Commercial Litigation Branch
Civil Division, Dept. of Justice
Attn: Classification Unit, 8th Fl.
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0392

Attorneys for Defendant

November 3, 2003

Certificate of Filing

I hereby certify that on November 3, 2003 a copy of foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, I hereby certify under penalty of perjury that I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "STATUS REPORT" addressed as follows:

Edward J. Parrott, Esq.
Watt, Tieder, Hoffar, & Fitzgerald L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102

s/Donald E. Kinner