IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DILLINGHAM EMBASSY CONSTRUCTORS, A Joint Venture, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 98-393C (Judge Block) |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**STIPULATION FOR ENTRY OF JUDGMENT**

This stipulation is entered as of the date of the last signature below by and between Dillingham Embassy Constructors and the United States of America for the purpose of resolving the parties' claims amicably, without constituting a determination of the merits or an admission of liability upon the part of either party.

1. Dillingham has offered to settle each and all of its claims arising from or relating to contract S-FBOAD-93-C-0071 in exchange for payment by the United States of $4,000,000, inclusive of interest, with each party to bear its own costs, expenses, and attorney fees.

2. Dillingham's offer has been accepted on behalf of the Attorney General.

3. The United States consents to entry of judgment against United States in favor of Dillingham in the sum of $4,000,000 in this case.

   a. As part of the consideration for payment by the United States, Dillingham will stipulate to the dismissal of each related case, numbers 98-389C, 98-390C, 98-391C, 98-392C, 97-559C, 97-560C, 97-413C, 97-386C, 97-828C, 97-827C, 96-297C, and 96-589C.

4. Dillingham releases, waives, and abandons all claims it has or may have in the future against the United States, its officers, agents, or employees, arising out of or relating to this action, the claims, and its performance on the contract, except for fraud, regardless of whether they were included in the pleadings, including but not limited to all claims for costs, expenses, attorney fees, compensatory damages, and exemplary damages.

5. The United States releases, waives and abandons all claims it has or may have in the future against Dillingham, its officers, agents, or employees, arising out of or relating to this action, the claims, or performance of the contract, except for fraud, regardless of whether they were included in the pleadings, including but not limited to all claims for costs, expenses, attorney fees, compensatory damages, and exemplary damages.

6. Dillingham represents and warrants that, except for the actions pending before the United States Court of Federal Claims, which are to be dismissed pursuant to paragraph 3a., no other action or suit with respect to any claims under the contract is pending or has been submitted to any other court, administrative agency, judicial forum, or legislative body.

7. Dillingham represents and warrants that it is the sole owner of the claims asserted in this action and the related cases listed in paragraph 3a.

8. Dillingham represents and warrants that it has made no assignment or transfer of all or any part of its rights arising from or related to this action or the related cases listed in paragraph 3a, or its claims.

9. Should there be now or in the future any violation of these warranties and representations, any amount paid by the United States pursuant to this stipulation or pursuant to any judgment entered pursuant to this stipulation shall be refunded promptly by Dillingham, together with interest thereon at the rates provided in 41 U.S.C. § 611, computed from the date

the United States makes such payment.

10. This stipulation is entered into only for the purpose of resolving amicably, without further litigation, this action and the related cases listed in paragraph 3a and the claims. This agreement does not constitute and shall not be construed as an admission of liability or of the truth of any fact recited or represented by either party to this action and the related cases listed in paragraph 3a.

11. This stipulation is in no way related to or concerned with income or other taxes for which Dillingham now is liable or may be liable in the future as result of this stipulation or as a result of entry of a final judgment.

12. This document constitutes a complete integration of the agreement between the parties.

Respectfully submitted,

s/Edward J. Parrott

EDWARD J. PARROTT, ESQ.
WATT, TIEDER, HOFFAR &
FITZGERALD, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102
(703) 749-1000

Counsel for Dillingham
Embassy Constructors

Dated: November 10, 2003__

Of Counsel:

ROBERT M. FITZGERALD, ESQ.
WATT, TIEDER, HOFFAR &
FITZGERALD, L.L.P.
7929 Westpark Drive, Ste. 400
McLean, Virginia 22102
(703) 749-1000

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-7565

Attorneys for Defendant

Dated: November 10, 2003

Certificate of Filing

I hereby certify that on November 10, 2003 a copy of foregoing "STIPULATION FOR ENTRY OF JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, I hereby certify under penalty of perjury that I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "STIPULATION FOR ENTRY OF JUDGMENT" addressed as follows:

Edward J. Parrott, Esq.
Watt, Tieder, Hoffar, & Fitzgerald L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102

s/Donald E. Kinner