United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

November 20, 2003

Edward Parrott, Esq.
Watt, Tieder & Hoffar
7929 Westpark Dr., Suite 400
McLean, VA 22102

In re: Dillingham Embassy Constructors, a joint venture v. United States, Nos. 98-393C, 98-389C, 98-390C, 98-391C, 98-392C, 97-559C, 97-560C, 97-413C, 97-386C, 97-828C, 97-827C, 96-297C & 96-589C

Dear Mr. Parrott:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated November 14, 2003, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Acting Chief Deputy Clerk
for Operations

Enclosures

cc: Donald Evan Kinner, Esq.
Department of Justice